**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DONTA JERMAINE WEST** **PLAINTIFF**

**v.** **No. 1:25CV11-DAS**

**SHERIFF EDDIE HAWKINS, ET AL.** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [79] by the defendants for summary judgment is **GRANTED**. This case is therefore **DISMISSED** without prejudice for failure to exhaust administrative remedies. In addition, the plaintiff's pending motions [74], [81], [84], [89], [90] are **DISMISSED** as moot.

**SO ORDERED**, this, the 2nd day of October, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE